UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JUAN CARLOS OCASIO**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>**DEPARTMENT OF JUSTICE**, )<br>)<br>Defendant. )<br>) | Civil Action No. 13-cv-921 (TSC) |

## MEMORANDUM OPINION

Defendant moved for summary judgment in this case on October 14, 2015. (*See* ECF No. 45). The court subsequently ordered Plaintiff to file his opposition or other response to Defendant's motion on or before November 13, 2015, warning that failure to timely make such a filing carried with it the risk that the motion could be granted as conceded and the case dismissed pursuant to Local Civil Rule 7(b). (*See* ECF No. 46).

To date, Plaintiff has not responded to Defendant's motion.

The court will therefore grant Defendant's motion as conceded and dismiss this case.

A separate Order accompanies this Memorandum Opinion.

The Clerk of the Court shall mail a copy of this order using a typewritten envelope to:

> **JUAN CARLOS OCASIO**
> 2245 Baker Avenue
> Apartment 5D
> Bronx, NY 10467

Date: November 24, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN

United States District Judge